This document was prepared by
Jeffrey A. Ward, Esq. Bar #20702
Waynesboro, VA  22980

To be returned to:
Franklin, Denney, Ward & Dryer, PLC
129 N. Wayne Avenue
P.O. Drawer 1140
Waynesboro, VA  22980
As Agent for Grantee/_____

## HOMESTEAD DEED

**Pin No.** _____
**Name of Householder**:   Jamie Nicole Bradley

**Is the householder a disabled veteran entitled to claim the additional exemption under 34-4?** No.

**Address of Householder:**   1099 Madrid Road
Waynesboro, VA  22980

**Name(s) and age(s) of dependent(s)**:   None

**County/City in which householder resides:**   Augusta County

**Description of real and personal property claimed as exempt and its value:**

| | |
|---|---:|
| Bank Accounts | 305.00 |
| Cash on Hand | 1.00 |
| Security Deposit | 1.00 |
| 2018 Prorated Fed. Tax Refund | 412.00 |
| 2018 Prorated State Tax Refund | 1.00 |
| 2019 Prorated Fed. Tax Refund | 17.00 |
| 2019 Prorated State Tax Refund | 1.00 |
| TOTAL CLAIMED | $ 738.00 |

_____
Jamie Nicole Bradley

STATE OF VIRGINIA, AT LARGE;
CITY OF WAYNESBORO TO-WIT:

I, the undersigned, Notary Public in and for the State of Virginia, At Large, do certify that Jamie Nicole Bradley, on the __18th__ day of January, 2019, has acknowledged the same before me.

_____
NOTARY PUBLIC

KATHLEEN B. SMITH
REGISTRATION NO. 237251
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 1/31/23

1